# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BNSF RAILWAY COMPANY, a Delaware Corporation, ) ) ) Plaintiff, ) ) v. ) ) EPCO CARBONDIOXIDE ) PRODUCTS, INC., ) ) Defendant. ) | Case No. 4:05CV3084<br><br>**REASSIGNMENT ORDER** |

The Report of Parties' Planning Conference, filing #13, states that the parties do not consent to trial before a magistrate judge. Accordingly,

IT IS ORDERED that this case is reassigned to United States District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

Dated this 17th day of May, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge, United States District Court