IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BNSF RAILWAY COMPANY,           )
                                )
            Plaintiff,          )          4:05CV3084
                                )
      v.                        )
                                )
EPCO CARBONDIOXIDE PRODUCTS,    )          MEMORANDUM AND ORDER
                                )
            Defendant.          )
_____)


      The parties have jointly moved for a three-month continuance
of the deadlines set the court's filing 28 progression order.
Filing 34.  The parties state they have reached a tentative
settlement agreement, but as part of that agreement, the
defendant has until December 31, 2005 to pay all settlement
proceeds.  The parties state that several deadlines set by the
court's current progression order will pass while the parties
await full compliance with the settlement agreement.


      The court interprets the parties' joint motion as requesting
a stay of these proceedings while the parties pursue final
settlement of this case.

      IT THEREFORE HEREBY IS ORDERED:

      1.    The parties' joint motion for a continuance, filing 34,
            is granted.

      2.    The progression deadlines established under the court's
            filing 28 progression order are stayed to permit the
            parties to pursue final settlement of this case.

      3.    During the period of the stay, compliance with
            deadlines established by the progression order,
            responses to discovery, and other proceedings,
            including the pretrial conference previously scheduled
            for December 22, 2005, shall not be required.

4.    On or before January 6, 2005, the parties shall either
      advise the court that this case is settled, or shall
      submit their joint, or if necessary, separate
      proposal(s) for establishing a new progression schedule
      for this case.


DATED this 2nd day of November, 2005.

                          BY THE COURT:

                          s/ *David L. Piester*

                          David L. Piester
                          United States Magistrate Judge