IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3084 |
| | ) | |
| v. | ) | |
| | ) | ORDER NUNC PRO TUNC |
| EPCO CARBONDIOXIDE PRODUCTS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Paragraph 4 of the court's filing 35 order is corrected as follows:

4.    On or before January 6, **2006**, the parties shall either advise the court that this case is settled, or shall submit their joint, or if necessary, separate proposal(s) for establishing a new progression schedule for this case.

DATED this 9th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge