IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY, ) | ) | 4:05CV3084 |
| a Delaware corporation, ) | ) | |
| Plaintiff, ) | ) | |
| ) | ) | **MEMORANDUM** |
| vs. ) | ) | **AND ORDER** |
| ) | ) | |
| EPCO CARBONDIOXIDE ) | ) | |
| PRODUCTS, INC., ) | ) | |
| ) | ) | |
| Defendant. | | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims. Accordingly,

IT IS ORDERED that:

(1)   Within **sixty (60)** calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case;

(2)   Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3)   This case is removed from the court's January 17, 2006 trial docket upon representation by the parties that the case has settled.

January 9, 2006                                     BY THE COURT:

                                                            s/ *Richard G. Kopf*
                                                            United States District Judge