IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY, | ) | 4:05CV3084 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| EPCO CARBONDIOXIDE PRODUCTS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 39) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice.

January 19, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge